DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BOWEN

No. 39A94

Case below: 113 N.C.App. 422

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 April 1994.

STATE v. CUMMINGS

No. 79P94

Case below: 113 N.C.App. 368

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 April 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

STATE v. CUNNINGHAM

No. 232A91-2

Case below: Superior Court

Petition by defendant for writ of supersedeas and motion for temporary stay denied 5 April 1994. Petition by defendant for writ of certiorari to review the order of the Mecklenburg County Superior Court denied 5 April 1994. Petition by defendant for writ of mandamus or prohibition denied 5 April 1994.

STATE v. DAVIS

No. 13P94

Case below: 113 N.C.App. 203

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 April 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.